Anthony A. Zmaila (NV Bar No. 2319)
Email: tony@aaznevada.com
Peter J. Goatz (NV Bar No. 11577)
Email: peter@aaznevada.com
**ANTHONY A. ZMAILA LIMITED PLLC**
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
Telephone:    (702) 614-8800
Facsimile:    (702) 614-8700

*Attorneys for James F. Lisowski, Sr.,*
*Chapter 7 Trustee*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MICAH IAN MCPHERSON,

　　　　　Plaintiff,

v.

WESTCORP MANAGEMENT GROUP LLC; FOUNDERS DEVELOPMENTS, INC.; TWAIN CONDOMINIUMS, LLC; RMI MANAGEMENT, LLC; YEAGER MORTGAGE, INC. DBA CONDOTEL CAPITAL; JOHN YEAGER, III; WELLS FARGO HOME MORTGAGE; WELLS FARGO BANK, NATIONAL ASSOCIATION; FIRST NATIONAL BANK OF ARIZONA; DOES 1 through 50, inclusive,

　　　　　Defendants.

Case No. 2:09-cv-01240-PMP-RJJ

**NOTICE OF DISMISSAL OF WELLS FARGO BANK N.A. <u>ONLY</u>**

　　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, James F. Lisowski, Sr., Chapter 7 Trustee of the Micah I. McPherson bankruptcy estate, voluntarily dismisses his claim against Wells Fargo Bank National Association with prejudice.

　　　　DATED this 8th day of November, 2010.

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: November 9, 2010.

ANTHONY A. ZMAILA LIMITED PLLC

_____
Anthony A. Zmaila (NV Bar No. 2319)
Peter J. Goatz (NV Bar No. 11577)
265 East Warm Springs Rd., Suite 100
Las Vegas, Nevada 89119
*Attorneys for James F. Lisowski, Sr., Chapter 7 Trustee*

10048-01/525917

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 8, 2010, she caused a true and correct copy of the following document to be served upon the counsel listed herein via the court general Notice of Electronic Filing:

### DOCUMENTS FILED AND SERVED

1. NOTICE OF DISMISSAL OF WELLS FARGO BANK, N.A.

■ **By ECF System:**

Cynthia Alexander - clalexander@swlaw.com, lnewquist@swlaw.com, lvdocket@mindspring.com

Patrick J. Sheehan - pjs@jonesvargas.com, epastor@jonesvargas.com

Cassie R Stratford - cstratford@swlaw.com, rtuttle@swlaw.com

☐ **By United States Mail:**

I declare under penalty of perjury that the foregoing is true and correct.

_____
An employee of Anthony A. Zmaila Limited PLLC

10048-01/